# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA, on behalf of United States Department of the Interior, Bureau of Reclamation,<br><br>*Plaintiff*<br>v.<br>KEVIN MESSER and KAREN MESSER, and the marital community thereof,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>  Civil Action No. 2:15-CV-126-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion and Memorandum for Writ of Ejectment and Order to Show Cause Why Writ of Ejectment Should Not Issue (ECF No. 3) is GRANTED IN PART (as to ordering ejectment) and DENIED IN PART (as to specific deadline requested). Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Salvador Mendoza, Jr.   on a motion for Writ of Ejectment (ECF No. 3).

Date:   6/29/15 Nunc Pro Tunc

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb